1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVEL RANDLE, | Case No.: 1:12-cv-01555-SKO |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 3) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Javel Randle filed a complaint on September 20, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    September 24, 2012               /s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE