1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| JAVEL RANDLE,                                  ) | Case No.: 1:12-cv-01555-SKO |
|                                                ) | |
|                                                ) | **ORDER GRANTING APPLICATION TO** |
|           Plaintiff,                           ) | **PROCEED IN FORMA PAUPERIS** |
|                                                ) | |
|     v.                                         ) | |
|                                                ) | (Doc. 3) |
| MICHAEL J. ASTRUE,                             ) | |
| Commissioner of Social Security,              ) | |
|                                                ) | |
|           Defendant.                           ) | |
|                                                ) | |
| _____  ) | |

9
10
11
12
13
14
15
16

17     Plaintiff Javel Randle filed a complaint on September 20, 2012, along with an application

18  to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20     Accordingly, IT IS HEREBY ORDERED THAT:

21     1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22     2.     The Clerk of Court is DIRECTED to issue a summons; and

23     3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24            and this order upon the defendant as directed by the plaintiff.

25

26  IT IS SO ORDERED.

27  **Dated:    September 24, 2012**                    /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

28