# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVEL RANDLE, | CASE NO. 1:12-cv-1555-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE ANY OPPOSITION TO HER COUNSEL'S MOTION TO WITHDRAW WITHIN 14 DAYS** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| | (Doc. No. 12) |
| Defendant. | |

On April 9, 2013, Plaintiff Javel Randle's counsel, Marc V. Kalagian, Esq., filed a motion to withdraw as Plaintiff's attorney of record. (Doc. 12.) Mr. Kalagian represents that there has been a breakdown of the attorney-client relationship.  Mr. Kalagian served a copy of his motion on Plaintiff at her last known mailing address on April 9, 2013.  (Doc. 12, Kalagian Decl., ¶ 6.)

As this motion is not set for a hearing, Plaintiff and Defendant shall have 14 days from the date of this order to submit any opposition to Mr. Kalagian's motion to withdraw.  If an opposition to the motion is filed, Mr. Kalagian may file an optional reply brief within 7 days following service of any opposition.  Once the time for filing briefs has passed, the matter will be deemed submitted for decision.

Mr. Kalagian also seeks an extension of the briefing deadlines in the case.  The deadlines to submit confidential briefs and to file briefs with the Court will be extended once Mr. Kalagian's

motion to withdraw has been decided.

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition to Mr. Kalagian's motion to withdraw is due within fourteen (14) days from the date of this order;

2. If any opposition is filed, Mr. Kalagian may file an optional reply brief within seven (7) days after service of an opposition brief;

3. Once the time for filing briefs has passed, the matter will be deemed submitted for decision;

4. The deadlines to submit confidential briefs and to file briefs with the Court will be extended once Mr. Kalagian's motion has been decided; and

5. The Clerk of Court is DIRECTED to serve a copy of this order on Plaintiff at the following address:

   408 1/2 Knotts Avenue
   Bakersfield, California, 93305

IT IS SO ORDERED.

Dated:   **April 10, 2013**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE