**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVEL RANDLE,<br><br>     Plaintiff,<br><br>   vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 1:12-cv-1555 SKO<br><br>**ORDER TO CLOSE THE CASE** |

Pursuant to the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. Once the parties have stipulated to dismissal, no further order of the court is necessary to effectual dismissal and the dismissal is effective automatically. Fed. R. Civ. P. 41(a)(1)(A)(ii); *Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986); *see also In re Wolf*, 842 F.2d 464, 466 (D.C. Cir. 1989). Additionally, as a result of the parties' stipulation and dismissal of the case, Plaintiff's counsel's motion to withdraw is moot.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **April 15, 2013**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE